1 Peter I. Ostroff, SBN 45718
postroff@sidley.com
2 Rollin A. Ransom, SBN 196126
rransom@sidley.com
3 Charlie J. Sarosy, SBN 302439
csarosy@sidley.com
4 SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
5 Los Angeles, California  90013
Telephone:  (213) 896-6000
6 Facsimile:  (213) 896-6600

7 Attorneys for Plaintiffs

8

9                    UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                         WESTERN DIVISION

12 UMG RECORDINGS, INC.; CAPITOL          )   Case No.: 2:16-cv-07210-AB (Ex)
   RECORDS, LLC; WARNER BROS.             )   Judge: Honorable André Birotte Jr.
13 RECORDS INC.; WARNER MUSIC            )
   LATINA INC.; SONY MUSIC               )
14 ENTERTAINMENT; SONY MUSIC            )   PLAINTIFFS' REQUEST FOR
   ENTERTAINMENT US LATIN LLC;           )   APPOINTMENT OF AN
15 ARISTA RECORDS LLC; ATLANTIC         )   INTERNATIONAL PROCESS
   RECORDING CORPORATION;                )   SERVER
16 ELEKTRA ENTERTAINMENT               )
   GROUP INC.; FUELED BY RAMEN,          )   [[Proposed] Order Granting
17 LLC; KEMOSABE RECORDS LLC;           )   Plaintiffs' Request concurrently
   LAFACE RECORDS LLC;                   )   lodged herewith]
18 NONESUCH RECORDS INC.; WEA           )
   INTERNATIONAL INC.; ZOMBA             )
19 RECORDING LLC,                         )
                                          )
20                                         )
              Plaintiffs,                  )
21                                         )
   v.                                      )
22                                         )
   PMD TECHNOLOGIE UG d/b/a               )
23 YouTube-mp3; PHILIP MATESANZ;        )
   and DOES 1-10,                          )
24                                         )
              Defendants.                  )
25                                         )

26

27

28

## **PLAINTIFFS' REQUEST FOR APPOINTMENT OF INTERNATIONAL PROCESS SERVER**

Pursuant to Federal Rule of Civil Procedure 4(c)(3) as well as Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Service Convention"), Plaintiffs UMG Recordings, Inc.; Capitol Records, LLC; Warner Bros. Records Inc.; Warner Music Latina Inc.; Sony Music Entertainment; Sony Music Entertainment US Latin LLC; Arista Records LLC; Atlantic Recording Corporation; Elektra Entertainment Group Inc.; Fueled by Ramen, LLC; Kemosabe Records LLC; LaFace Records LLC; Nonesuch Records Inc.; WEA International Inc.; and Zomba Recording LLC (collectively, "Plaintiffs") hereby respectfully request that the Court appoint Celeste Ingalls (c/o Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205), a specialist in international process serving, as the authority and judicial officer competent under the jurisdiction of this Court to issue and forward a request to the applicable Central Authority, in accordance with the Hague Service Convention, for service of any and all documents to be served in the above-referenced case.

Granting this Request will facilitate service, pursuant to the Hague Service Convention, through the applicable German Central Authority on Defendants PMD Technologie UG, a German company, and Philip Matesanz, a German citizen who lives in Germany.  *See* Compl. ¶¶ 32-33 (Dkt. 1).  Accordingly, Plaintiffs submit that good cause exists to grant this Request.

//

//

//

1

1

2
    DATED: October 13, 2016          Respectfully submitted,

3
                                            SIDLEY AUSTIN LLP

4

5
                                            By: /s/ Rollin A. Ransom

6
                                              Rollin A. Ransom
                                              Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28